828 NEW JERSEY MISCELLANEOUS REPORTS.

Supreme Court—United N. J. R. R., &c., Co. v. State Bd. Taxes, &c.

UNITED NEW JERSEY RAILROAD AND CANAL COMPANY AND PENNSYLVANIA RAILROAD COMPANY, LESSEE; NEW YORK BAY RAILROAD COMPANY AND PENNSYL- VANIA RAILROAD COMPANY, LESSEE; THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, THE LONG DOCK COMPANY, DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, LEHIGH VALLEY RAILROAD COMPANY OF NEW JERSEY AND LEHIGH VALLEY HARBOR TERMINAL RAILWAY COMPANY, PROSECUTORS, v. THE STATE BOARD OF TAXES AND ASSESSMENT, NEWTON A. K. BUGBEE, COMPTROLLER OF THE TREASURY, AND THE MAYOR AND ALDERMEN OF JERSEY CITY, DEFENDANTS.

Argued June 8, 1926—Decided October 7, 1926.

**Taxes and Assessment—Railroad Property—Assessments for the Year 1925.**

On writs of *certiorari*.

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutors, *Robert J. Bain, Maximilian M. Stallman* and *Albert C. Wall*.

For the defendants, *Edward P. Stout*.

PER CURIAM.

The writs of *certiorari* in these cases bring under review the assessments of railroad property for the year 1925. The properties are the identical ones considered in case No. 203, &c., United New Jersey, &c., Railroad Co. *v.* State Board of Taxes and Assessment, May term, 1926. The assessments for the year 1925 are identical with the assessments for the year 1924. They were considered in the opinion of that case. They were submitted to the state board in 1924 record, and affirmed by a unanimous vote of the board. The same disposition is made of these cases as was made of those cases, and for the same reasons.

A rule may be entered to that effect.